Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA
## PHOENIX DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC<br><br>Plaintiff,<br><br>vs.<br><br>Dharyl Shelbourne, et al.,<br><br>Defendants. | CASE NO. 2:24-cv-01013-SHD<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN, to this Honorable Court that Plaintiff G & G Closed Circuit Events, LLC and Defendants Dharyl Shelbourne, Corey Wallace, Kevin Ratliff, and Int'l Entertainment Group, LLC., have settled *all* claims between themselves relative to the above-entitled action, and Plaintiff respectfully requests this Court take judicial notice of same.

///

///

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to counsel for Defendants Dharyl Shelbourne, Corey Wallace, Kevin Ratliff, and Int'1 Entertainment Group, LLC., and **Plaintiff's counsel will file the Stipulation of Dismissal with Prejudice with the Court on or before May 23, 2025.**

WHEREFORE, the aforementioned parties respectfully request that all presently calendared deadlines and appearances as to Plaintiff G & G Closed Circuit Events, LLC and Defendants Dharyl Shelbourne, Corey Wallace, Kevin Ratliff, and Int'1 Entertainment Group, LLC., now be vacated.

Respectfully submitted,

Dated: April 18, 2025

*/s/ Thomas P. Riley*
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

///

///

///

///

///

///

///

///

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. On April 18, 2025, I caused a true and correct copy of the foregoing document described as

### NOTICE OF SETTLEMENT

to be served on the parties to this action as follows:

Electronic Service through the Court's Electronic Case Files (ECF) system.

The following counsel currently receive email notices for this case through the ECF system.

### ECF SERVICE LIST

Mr. Kenneth Sean Countryman, Esquire        (Attorneys for Defendants)
**Kenneth S Countryman PC**
P.O. Box 11077
Tempe, AZ 85284

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 18 2025                 */s/ Leticia Estrada*
                                      **LETICIA ESTRADA**

///

///

///

///

///